

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tony Lemont Sims, Jr. | Civil Action No.  24-cv-1489-LL-DDL |
| Plaintiff, | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this civil action in its entirety based on Plaintiff's failure to state a plausible § 1983 claim and his failure to prosecute this action. This case is hereby closed.

Date:      1/8/26

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**   24-cv-1489-LL-DDL

Defendants: San Diego County Jail Medical, Medical Staff; George Bailey Medical, Medical Staff Members; Sharp Grossmont Hospital, ER Doctors and staff; Alvarado Hospital, Medical Staff; The County of San Diego; Kelly A. Martinez, Sheriff of San Diego